IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES M CROSS,

    Petitioner,

v.                                       CASE NO. 4:13-cv-13-RH-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondents.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner initiated this case by filing Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss the Petition as successive, Doc. 5, because Petitioner challenged the same underlying state conviction in a previous federal habeas petition that was denied on the merits. *See Cross v. Secretary*, Case No. 4:06-cv-460-RH-WCS, Docs. 41, 51, 57 (8/6/08 order denying petition on the merits, 10/3/08 order denying COA, 1/5/09 11th Cir. mandate denying COA). Petitioner represented in the instant Petition, Doc. 1, that his previous habeas petition was "denied as premature."

On March 27, 2013, the Court ordered Petitioner to show cause as to why the motion to dismiss should not be granted. Doc. 6. The Court noted that in order to file a second or successive § 2254 petition, the Petitioner must first obtain an order from the court of appeals authorizing the district court to consider it. 28 U.S.C. § 2244(b)(3)(A). Absent authorization, the district court lacks jurisdiction to consider a second or successive petition. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir.2003) (addressing a successive motion to vacate under 28 U.S.C. § 2255). No such

authorization was obtained in this case.

In response to the show cause order, Petitioner filed a motion to voluntarily dismiss the petition. Doc. 8. Petitioner states that he has identified additional grounds for collateral relief that he intends to raise in state court, and requests that this case be dismissed without prejudice.

Because the record establishes that the instant petition is successive, it is respectfully **RECOMMENDED** that the motions to dismiss, Docs. 5 and 8, be **GRANTED**, and that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** this 11th day of April 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**